## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

TONY LITTLE,

    Plaintiff,                                    Case No.: 6:16-cv-1243-Orl-41GJK

v.

CREDIT ONE BANK, N.A.,

    Defendant.

_____/

## **STIPULATION OF DISMISSAL**

COMES NOW the Plaintiff, Tony Little, and the Defendant, Credit One Bank, N.A., and hereby stipulate to the dismissal of this action and Plaintiff's claims that were, are and/or could have been asserted against Defendant with each party to bear their own fees, costs and expenses.

Respectfully submitted this 30th day of May, 2017.

| | |
|---|---|
| */s/ Christopher W. Legg* | */s/ Michael Schuette* |
| Christopher W. Legg, Esquire | Michael P. Schuette, Esquire |
| Christopher W. Legg, P.A. | Sessions, Fishman, Nathan & Israel, L.L.C. |
| 3837 Hollywood Boulevard | 3350 Buschwood Park Dr., Suite 195 |
| Hollywood, FL 33023 | Tampa, FL 33618 |
| Tele: (954) 962-2333 | Tele: (813) 890-2472 |
| Fax: (954) 985-9207 | Fax: (866) 466-3140 |
| Chris@TheConsumerLawyers.Com | mschuette@sessions.legal |
| Florida Bar #: 44460 | Florida Bar #: 0106181 |
| *Attorney for Tony Little* | *Attorney for Credit One Bank* |